# Exhibit 12-B



### First Alton Inc.
450 Alton Rd. Ste 1603
Miami Beach, FL 33139 USA

## INVOICE

| | |
|---|---|
| **Date:** | **7-23-2015** |
| **Invoice Number:** | **07231501** |
| **Due Date:** | **08/15/15** |

**FROM:**   First Alton Inc.
450 Alton Rd #1603
Miami Beach, FL 33139 USA

**TO:**   Acai Investments Limited
Craigmuir Chambers
Road Town, Tortola
VG 1110, British Virgin Islands

**TAX NOT APPLICABLE**

| Description | Total |
|---|---|
| Consultancy Fees | USD 3,977,888.05 |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Wells Fargo
Account: ▮▮▮0267
SWIFT Code: WFBIUS6S
Bank Address: Wells Fargo
784 Broadway
New York, NY 10003 USA

Thank you,

Roger Lehman
Director, First Alton Inc.

ELYSIUM-00008355